■ DAN H. ELKIND, Respondent, v. CITY OF NEW ROCHELLE, Respondent, and ESTHER R. FREEDMAN et al., Proposed Intervenors-Appellants.— In an action to declare invalid a part of an article of the Charter of the City of New Rochelle, four residents of said city appeal from an order which denied their motion for permission to intervene as parties defendant but granted them

permission to participate solely as *amici curiæ*. Order affirmed, without costs. No opinion. Wenzel, Acting P. J., Beldock, Murphy, Ughetta and Kleinfeld, JJ., concur.